

ARAMARK CORPORATION
Food & Support Services Group
April 12, 2010

UNITED STATES DISTRICT COURT
CLERKS OFFICE
400 E 9TH STREET ROOM 1150
KANSAS CITY, MO 64106

                             **NAME**: SHARON SMITH
                             **SS#**    : ███3839
                             **CASE#**: 03-00283-01-CR-W-FJG

Dear Sir/Madam:

We are holding the wage attachment for the above-referenced person due to the fact that the employee is no longer employed by ARAMARK Corp. Termination date was 01/27/2010

If any further action is required of this office, please advise.

                                                 Thank you,

                                                 Yarelis Molina
                                                 Payroll Benefits Associate
                                                 ARAMARK Payroll Services

Aramark Tower
1101 Market Street
Philadelphia, PA 19107
1 800 729 5432